# Exhibit 5

| Eufy – Robotic Vacuum Cleaners with EufyHome App (See product list at end of chart for models and additional Works with Google Assistant Smart Home devices)<br><br>Infringement of the '867 patent | |
|---|---|
| **Claim 1** | **Evidence** |
| 1. A method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device, comprising: | The Eufy robotic vacuum cleaner and EufyHome App perform a method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device.<br><br>For example, the EufyHome App running on a Google Assistant-enabled mobile device can be used to control a Eufy robotic vacuum cleaner via voice commands given by a user.<br><br> [1] |

**About this item**

- Wi-Fi Convenience: The EufyHome app, and Amazon Alexa and the Google Assistant voice control-services let you accomplish your vacuuming needs with zero effort from you.

[1]

[1]

Google Assistant comes built-in with Android mobile devices such as smartphones and tablets. As well, it can be downloaded to mobile devices, such as those running the iOS operating system.

| | |
|---|---|
| | 1. Get the Google Assistant<br><br>The Google Assistant is built into some products and can be added to others. For example:<br><br>• Google Nest or Home speakers or displays and other Google Assistant-enabled speakers - built in<br>• Google Nest Hub - built in<br>• Android phone or tablet - built in<br>• iPhone or iPad - download the app<br>• Nest Cam IQ Indoor - built in, must be connected to your Google Assistant<br>• Nest Guard - built in, must be connected to your Google Assistant<br><br>For the latest information about **additional devices** that support the Google Assistant, visit the Google Assistant page.<br><br>[3<br>] |
| using a first device to (a) obtain visual or auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulate the obtained information, and (c) transmit the manipulated | The EufyHome App running on a Google Assistant-enabled mobile device is a first device that (a) obtains auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulates the obtained information, and (c) transmits the manipulated information to a distal computer system.<br><br>For example, using the EufyHome App a user can give a voice command to control a Eufy robotic vacuum cleaner. The Google Assistant-enabled mobile device running the EufyHome App receives the voice command, performs sampling and analog to digital conversion, and transmits the command in digital form using data networking protocols to remote Google Assistant servers. |

| | |
|---|---|
| information to a distal computer system; | <br><br>**Figure 1.** A successful developer cloud execution path.<br>[6]<br><br>The Eufy robotic vacuum needs to be connected to the EufyHome App and linked to the user's EufyHome account. As well, Google Assistant needs to be authorized with the EufyHome account. |

| | How to get started<br>(1) Open the Google Home app.<br>(2) Say "Ok Google, talk to RoboVac" to the Google Assistant-enabled device to initiate the Google action for RoboVac.<br>(3) Follow the instructions in the Google Home app to authorize the Google Assistant with your EufyHome account.<br><br>If this action does not respond as expected, please make sure:<br>1) RoboVac is online.<br>2) You have connected RoboVac with the EufyHome app.<br>3) RoboVac is still linked to your EufyHome account.<br>[2]<br><br>Some example voice commands are "Ask RoboVac to start cleaning" and "Ask RoboVac to stop cleaning". |
|---|---|

| | |
|---|---|
| | Compatible products:<br>- Eufy RoboVac<br><br>RoboVac works together with Google Assistant to keep your home clean.<br>Cleaning tips: RoboVac will clean for up to 1.5 hours and will automatically return to the chargning base.<br>After connecting Google Assistant to your RoboVac, just say:<br>"OK Google, ask RoboVac to start cleaning"<br>"OK Google, ask RoboVac to stop cleaning"<br>"OK Google, ask RoboVac to go home"<br>"OK Google, ask RoboVac to find my robot" [2] |
| the distal computer system operating as a remote human-to-device command translation service provider using at least a portion of the manipulated information to translate the human-understandable device command into a formatted device command executable by the second device; | The EufyHome RoboVac Action enables the distal computer system to operate as a remote human-to-device command translation service provider by using at least a portion of the manipulated information to translate the human-understandable device command into a formatted device command executable by the second device.<br><br>For example, the EufyHome RoboVac Action in conjunction with Google Assistant voice control services interprets voice commands and translates them into device commands that are executable by the Eufy robotic vacuum cleaner. |

RoboVac
Power Mobile Life LLC
Link

DETAILS
Smart home

The EufyHome - RoboVac Action allows you to control your RoboVac by using Google Assistant.

[2]

## How to build

To connect your device with Google Assistant, you need to build a smart home Action. Assistant handles how users trigger your Action (in multiple languages) and provides you with useful metadata through Home Graph (such as the state of a specific device based on the user's room); all you need to do is respond to the requests through your fulfillment service.

[5]

## Fulfillment

Fulfillment is code that is deployed as a webhook that lets you generate dynamic responses for every type of smart home intent. During a user conversation with Google Assistant, fulfillment allows you to use the information extracted by Google's natural language processing to generate dynamic responses or trigger actions on your back-end such as turning on a light.

Your fulfillment receives requests from Assistant, processes the request and responds. This back-and-forth request and response process drives the conversation forward until you eventually fulfill the initial user request. In most cases, a user would have a simple smart home interaction with Google Assistant such as Hey Google, turn on my light. However, if you implement two-factor authentication , your fulfillment might have to process multiple requests and responses as Google Assistant might ask for a confirmation PIN after a specific user request such as *Hey Google, unlock my front door*.

[6]

| | |
|---|---|
| transmitting the formatted device command to the second device; and | The formatted device command is transmitted to the second device.<br><br>For example, the formatted device command is transmitted over an Internet connection via data networking protocols (e.g. Internet and Wi-Fi protocols) to the Eufy robotic vacuum cleaner.<br><br>If this action does not respond as expected, please make sure:<br>1) RoboVac is online.<br>2) You have connected RoboVac with the EufyHome app.<br>3) RoboVac is still linked to your EufyHome account.<br><br>[2] |

| | |
|---|---|
| | Figure 1 shows a successful fulfillment and execution of a smart home `EXECUTE` intent.<br><br><br>**Figure 1.** A successful developer cloud execution path.<br>[6] |
| the second device executing the formatted device command having received the formatted device command from the distal computer | The Eufy robotic vacuum cleaner executes the formatted device command having received the formatted device command from the distal computer system, while the second device is local to the first device.<br><br>For example, the Eufy robotic vacuum cleaner, acting as the second device, performs the voice command formatted as a device command e.g. starts/stops to cleaning. The Eufy robotic vacuum cleaner and the Google Assistant-emnabled mobile device running the EufyHome App are on the same Wi-Fi network [8], |

| | |
|---|---|
| system, while the second device is local to the first device. | which is typically in an area of about 2000 sq. ft. [7] |

**Product List:**
**Robotic Vacuums:**
RoboVac 15C, RoboVac 15C Max
RoboVac 30C, RoboVac 30C Max
RoboVac G10 Hybrid
RoboVac G30, RoboVac G30 Edge, RoboVac G30 Hybrid
RoboVac L70 Hybrid

**Smart Home Cameras & Lighting:**
Indoor Cam 1080p, Indoor Cam 1080p Pan & Tilt
Indoor Cam 2K, Indoor Cam 2K Pan & Tilt
eufyCam, eufyCam 2, eufyCam 2 Pro, eufyCam 2C Pro
eufyCam E
Lumos Smart Bulb 2.0

**Software**
EufyHome App
EufyHome RoboVac Action

**References:**

[1] Amazon - RoboVac 30C, Robot Vacuum Cleaner
https://www.amazon.com/eufy-Upgraded-Super-Thin-Self-Charging-Medium-Pile/dp/B07D75MVX9/ref=sr_1_3?dchild=1&keywords=eufy&qid=1612562193&sr=8-3&th=1

[2] EufyHome – RoboVac Action – Google Assistant
https://assistant.google.com/services/a/uid/00000026f4992f70?hl=en-US

[3] Use Google Assistant with Nest products
https://support.google.com/googlenest/answer/9325085?hl=en#zippy=%2Cget-the-google-assistant

[4] Google Assistant – Get things done, hands-free
https://play.google.com/store/apps/details?id=com.google.android.apps.googleassistant&hl=en_CA&gl=US

[5] Overview
https://developers.google.com/assistant/smarthome/overview

[6] Fulfillment and authentication
https://developers.google.com/assistant/smarthome/concepts/fulfillment-authentication

[7] How many Google Nest or Google Wifi points do I need?
https://support.google.com/googlenest/answer/7182840?hl=en-CA&ref_topic=9831837

[8] Check that your devices are on the same Wi-Fi network
https://support.google.com/googlenest/answer/7360025?hl=en-CA&ref_topic=7196419#zippy=%2Cspeakers

[9] Eufy – Appliances
https://us.eufylife.com/collections/appliances

[10] Eufy – Works with Google Assistant
https://us.eufylife.com/search?type=product&q=google%20assistant*