# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Cedar Lane Technologies Inc.

## DEFENDANTS
Fantasia Trading LLC d/b/a AnkerDirect

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gawthrop Greeenwood, PC
3711 Kennett Pike, Suite 100, Wilmington, DE 19807
(302) 777-5353

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☒ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. 271, et seq.
Brief description of cause:
Patent infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 10/07/2021
SIGNATURE OF ATTORNEY OF RECORD: /s/ David W. deBruin (#4846)

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

## CIVIL COVER SHEET ATTACHMENT

### Related Cases

| Case | Case Filing Date |
|---|---|
| Cedar Lane Technologies Inc. v. Advert Tech (USA), LLC<br>1-19-cv-03442 (NDIL) | 5/22/2019 |
| Cedar Lane Technologies Inc. v. Photonics Management Corp.<br>1-19-cv-00996 (DDE) | 5/30/2019 |
| Cedar Lane Technologies Inc. v. Teledyne Digital Imaging US, Inc.<br>1-19-cv-00997 (DDE) | 5/30/2019 |
| Cedar Lane Technologies Inc. v. Kaltec Electronics, Inc. d/b/a Digital Watchdog<br>2-19-cv-06479 (CDCA) | 7/26/2019 |
| Cedar Lane Technologies Inc. v. Coolpad Technologies Inc.<br>1-19-cv-01648 (DDE) | 9/4/2019 |
| Cedar Lane Technologies Inc. v. EZViz Inc.<br>2-19-cv-08629 (CDCA) | 10/7/2019 |
| Cedar Lane Technologies Inc. v. Hikvision USA Inc.<br>2-19-cv-08630 (CDCA) | 10/7/2019 |
| Cedar Lane Technologies Inc. v. Alarm.com Holdings, Inc.<br>1-19-cv-01940 (DDE) | 10/14/2019 |
| Cedar Lane Technologies Inc. v. Denso International America, Inc.<br>1-19-cv-01941 (DDE) | 10/14/2019 |
| Cedar Lane Technologies Inc. v. AKM Semiconductor, Inc.<br>3-19-cv-06642 (NDCA) | 10/16/2019 |
| Cedar Lane Technologies Inc. v. Acer, Inc.<br>1-19-cv-01207 (WDTX) | 12/13/2019 |
| Cedar Lane Technologies Inc. v. ZTE (USA) Inc.<br>1-19-cv-01210 (WDTX) | 12/13/2019 |
| Cedar Lane Technologies Inc. v. AEE Technology Inc.<br>2-19-cv-10668 (CDCA) | 12/17/2019 |
| Cedar Lane Technologies Inc. v. BLU Products, Inc.<br>1-19-cv-25210 (SDFL) | 12/19/2019 |
| Cedar Lane Technologies Inc. v. Axis Communications, Inc.<br>1-19-cv-08424 (NDIL) | 12/25/2019 |
| Cedar Lane Technologies Inc. v. Elite Brands Inc.<br>1-20-cv-01273 (SDNY) | 2/13/2020 |
| Cedar Lane Technologies Inc. v. Chicony America Group, Inc.<br>2-20-cv-01681 (CDCA) | 2/20/2020 |
| Cedar Lane Technologies Inc. v. Blackmagic Design Inc.<br>3-20-cv-01302 (NDCA) | 2/20/2020 |
| Cedar Lane Technologies Inc. v. LG Electronics USA, Inc.<br>1-20-cv-00413 (WDTX) | 4/17/2020 |
| Cedar Lane Technologies Inc. v. On Semiconductor Corporation<br>1-20-cv-00414 (WDTX) | 4/17/2020 |

| | |
|---|---|
| Cedar Lane Technologies Inc. v. Amazon.com, Inc.<br>1-20-cv-00415 (WDTX) | 4/17/2020 |
| Cedar Lane Technologies Inc. v. OmniVision Technologies, Inc.<br>1-20-cv-00541 (DDE) | 4/22/2020 |
| Cedar Lane Technologies Inc. v. iHeartMedia, Inc.<br>1-20-cv-00472 (WDTX) | 5/1/2020 |
| Cedar Lane Technologies Inc. v. Sirius XM Radio Inc.<br>3-20-cv-01103 (NDTX) | 5/1/2020 |
| Cedar Lane Technologies Inc. v. Sirius XM Radio Inc.<br>1-20-cv-03635 (SDNY) | 5/11/2020 |
| Cedar Lane Technologies Inc. v. Comcast Cable Communications, LLC<br>1-20-cv-00501 (WDTX) | 5/11/2020 |
| Cedar Lane Technologies Inc. v. Vivotek USA, Inc.<br>5-20-cv-03416 (NDCA) | 5/20/2020 |
| Cedar Lane Technologies Inc. v. Amcrest Industries LLC<br>4-20-cv-01987 (SDTX) | 6/5/2020 |
| Cedar Lane Technologies Inc. v. Arrow Electronics, Inc.<br>6-20-cv-00502 (WDTX) | 6/5/2020 |
| Cedar Lane Technologies Inc. v. Drift Innovation, Inc.<br>1-20-cv-00766 (DDE) | 6/8/2020 |
| Cedar Lane Technologies Inc. v. Motorola Solutions Inc.<br>1-20-cv-03600 (NDIL) | 6/19/2020 |
| Cedar Lane Technologies Inc. v. Caterpillar Inc.<br>4-20-cv-02169 (SDTX) | 6/19/2020 |
| Cedar Lane Technologies Inc. v. TCL Communication, Inc.<br>1-20-cv-00836 (DDE) | 6/22/2020 |
| Cedar Lane Technologies Inc. v. B&H Foto & Electronics Corp.<br>1-20-cv-04977 (SDNY) | 6/29/2020 |
| Cedar Lane Technologies Inc. v. Huawei Technologies USA Inc.<br>2-20-cv-00234 (EDTX) | 7/13/2020 |
| Cedar Lane Technologies Inc. v. Royole Corporation<br>1-20-cv-00948 (DDE) | 7/15/2020 |
| Cedar Lane Technologies Inc. v. Bullitt Mobile LLC<br>1-20-cv-04218 (NDIL) | 7/17/2020 |
| Cedar Lane Technologies Inc. v. ViacomCBS Inc.<br>1-20-cv-06021 (NDIL) | 10/9/2020 |
| Cedar Lane Technologies Inc. v. DISH Network LLC<br>6-20-cv-00947 (WDTX) | 10/13/2020 |
| Cedar Lane Technologies Inc. v. The Walt Disney Company<br>6-20-cv-00949 (WDTX) | 10/13/2020 |
| Cedar Lane Technologies Inc. v. T-Mobile USA, Inc.<br>6-20-cv-00988 (WDTX) | 10/20/2020 |
| Cedar Lane Technologies Inc. v. Sonim Technologies, Inc.<br>6-20-cv-01047 (WDTX) | 11/13/2020 |

| | |
|---|---|
| Cedar Lane Technologies Inc. v. ACTi Corporation<br>6-20-cv-01189 (WDTX) | 12/29/2020 |
| Cedar Lane Technologies Inc. v. Xiaomi Inc.<br>6-20-cv-01193 (WDTX) | 12/29/2020 |
| Cedar Lane Technologies Inc. v. D-Link Corporation<br>6-20-cv-01202 (WDTX) | 12/31/2020 |
| Cedar Lane Technologies Inc. v. Lenovo Group Ltd.<br>6-21-cv-00021 (WDTX) | 1/11/2021 |
| Cedar Lane Technologies Inc. v. FLIR Systems, Inc.<br>1-21-cv-00098 (EDVA) | 1/26/2021 |
| Cedar Lane Technologies Inc. v. Hitachi, Ltd.<br>6-21-cv-00075 (WDTX) | 1/26/2021 |
| Cedar Lane Technologies Inc. v. Kyocera Group Global Network<br>6-21-cv-00076 (WDTX) | 1/26/2021 |
| Cedar Lane Technologies Inc. v. FLIR Systems, Inc.<br>2-21-cv-00054 (EDVA) | 1/26/2021 |
| Cedar Lane Technologies Inc. v. Plum USA Inc. d/b/a Plum Mobile<br>1-21-cv-20805 (SDFL) | 2/26/2021 |
| Cedar Lane Technologies Inc. v. Anker Innovations Limited<br>6-21-cv-00195 (WDTX) | 3/2/2021 |
| Cedar Lane Technologies Inc. v. Azpen Innovation<br>2-21-cv-00078 (EDTX) | 3/8/2021 |
| Cedar Lane Technologies Inc. v. Leviton Manufacturing Co., Inc.<br>1-21-cv-00363 (DDE) | 3/11/2021 |
| Cedar Lane Technologies Inc. v. AT&T, Inc.<br>6-21-cv-00251 (WDTX) | 3/12/2021 |
| Cedar Lane Technologies Inc. v. NVIDIA Corporation<br>6-21-cv-00252 (WDTX) | 3/12/2021 |
| Cedar Lane Technologies Inc. v. iRobot Corporation<br>1-21-cv-00388 (DDE) | 3/17/2021 |
| Cedar Lane Technologies Inc. v. TiVo Corporation<br>1-21-cv-00393 (DDE) | 3/18/2021 |
| Cedar Lane Technologies Inc. v. Ecovacs Robotics, Inc.<br>1-21-cv-00394 (DDE) | 3/18/2021 |
| Cedar Lane Technologies Inc. v. Belkin International, Inc.<br>1-21-cv-00404 (DDE) | 3/19/2021 |
| Cedar Lane Technologies Inc. v. Neato Robotics, Inc.<br>1-21-cv-00405 (DDE) | 3/19/2021 |
| Cedar Lane Technologies Inc. v. E-Sceptre, Inc.<br>2-21-cv-02470 (CDCA) | 3/21/2021 |
| Cedar Lane Technologies Inc. v. VIZIO, Inc.<br>8-21-cv-00525 (CDCA) | 3/22/2021 |
| Cedar Lane Technologies Inc. v. Ledvance LLC<br>1-21-cv-00411 (DDE) | 3/22/2021 |

| | |
|---|---|
| Cedar Lane Technologies Inc. v. Bose Corporation<br>6-21-cv-00280 (WDTX) | 3/22/2021 |
| Cedar Lane Technologies Inc. v. Sonos, Inc.<br>1-21-cv-00432 (DDE) | 3/25/2021 |
| Cedar Lane Technologies Inc. v. Haier US Appliance Solutions, Inc.<br>1-21-cv-00528 (DDE) | 4/13/2021 |
| Cedar Lane Technologies Inc. v. Whirlpool Corporation<br>1-21-cv-00529 (DDE) | 4/13/2021 |
| Cedar Lane Technologies Inc. v. TCL Corporation<br>6-21-cv-00408 (WDTX) | 4/26/2021 |
| Cedar Lane Technologies Inc. v. Avision Inc.<br>6-21-cv-00415 (WDTX) | 4/27/2021 |
| Cedar Lane Technologies Inc. v. HTC Corporation<br>6-21-cv-00420 (WDTX) | 4/27/2021 |
| Cedar Lane Technologies Inc. v. Hitachi Kokusai Electric Inc.<br>6-21-cv-00423 (WDTX) | 4/28/2021 |
| Cedar Lane Technologies Inc. v. Pantum International Limited<br>6-21-cv-00424 (WDTX) | 4/28/2021 |
| Cedar Lane Technologies Inc. v. Bang & Olufsen A/S<br>6-21-cv-00429 (WDTX) | 4/28/2021 |
| Cedar Lane Technologies Inc. v. Hangzhou BroadLink Technology Co., Ltd.<br>6-21-cv-00433 (WDTX) | 4/29/2021 |
| Cedar Lane Technologies Inc. v. Hisense Co., Ltd.<br>6-21-cv-00436 (WDTX) | 4/29/2021 |
| Cedar Lane Technologies Inc. v. Skyworth Group Co. Ltd.<br>6-21-cv-00437 (WDTX) | 4/29/2021 |
| Cedar Lane Technologies Inc. v. Shenzhen Gosund Technology Co., Ltd.<br>6-21-cv-00443 (WDTX) | 4/30/2021 |
| Cedar Lane Technologies Inc. v. Shenzhen Sonoff Technologies Co., Ltd.<br>6-21-cv-00449 (WDTX) | 4/30/2021 |
| Cedar Lane Technologies Inc. v. Infinova Corporation<br>1-21-cv-00648 (DDE) | 5/5/2021 |
| Cedar Lane Technologies Inc. v. ABB Ltd.<br>6-21-cv-00594 (WDTX) | 6/11/2021 |
| Cedar Lane Technologies Inc. v. Alpine Electronics, Inc.<br>6-21-cv-00595 (WDTX) | 6/11/2021 |
| Cedar Lane Technologies Inc. v. Datalogic SpA<br>6-21-cv-00598 (WDTX) | 6/11/2021 |
| Cedar Lane Technologies Inc. v. Reolink Digital Technology Co., Ltd.<br>6-21-cv-00608 (WDTX) | 6/11/2021 |
| Cedar Lane Technologies Inc. v. FUJIFILM Corporation<br>6-21-cv-00615 (WDTX) | 6/15/2021 |