# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cedar Lane Technologies Inc., <br><br> Plaintiff, <br><br> v. <br><br> Fantasia Trading LLC d/b/a AnkerDirect, <br><br> Defendant. | C.A. No. 1:21-cv-01428-RGA <br><br><br> JURY TRIAL DEMANDED |

### PLAINTIFF CEDAR LANE TECHNOLOGIES INC'S UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER

Plaintiff Cedar Lane Technologies Inc. ("Cedar Lane") hereby respectfully moves this Court for an extension of time for Defendant Fantasia Trading LLC d/b/a AnkerDirect ("Fantasia") to answer, move, or otherwise respond to the Complaint (D.I.1) to November 29, 2021. Fantasia's response is currently due on October 29, 2021. Cedar Lane's counsel has conferred with Fantasia's counsel, and Cedar Lane's counsel indicated Plaintiff did not oppose the same. Fantasia requested that Cedar Lane file this motion.

The reason for this request is so that Plaintiff and Defendant can continue discussions with respect to resolution of this matter. Neither party will be prejudiced by this brief extension. Accordingly, Cedar Lane respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for this Court to extend the time for Fantasia to answer, move, or otherwise respond to the Complaint to November 29, 2021.

Dated: October 20, 2021        Respectfully submitted,

GAWTHROP GREENWOOD, PC

/s/David W. deBruin
David W. deBruin, Esq. (#4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
Phone: 302-777-5353
ddebruin@gawthrop.com

*Counsel for Plaintiff Cedar Lane Technologies Inc.*

IT IS SO ORDERED this _____ of October, 2021.

_____
Honorable Richard G. Andrews
United States District Judge