# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cedar Lane Technologies Inc., <br><br> Plaintiff, <br><br> v. <br><br> Fantasia Trading LLC d/b/a AnkerDirect, <br><br> Defendant. | C.A. No. 1:21-cv-01428-RGA <br><br> JURY TRIAL DEMANDED |

### DEFENDANT FANTASIA TRADING LLC D/B/A ANKERDIRECT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Fantasia Trading LLC d/b/a AnkerDirect ("Fantasia" or "Defendant") moves to dismiss the claims in the Complaint (D.I.1) for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendant's Opening Brief submitted herewith.

Dated: November 29, 2021

By: */s/ Zhun Lu*
Zhun Lu (#4427)
**RIMON, P.C.**
200 Continental Drive, Suite 401
Newark, DE 19713
Telephone/Facsimile: (302) 688-7566
zhun.lu@rimonlaw.com

*Of Counsel:*

Jason Xu (*Pro Hac Vice Forthcoming*)
**RIMON, P.C.**
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone/Facsimile: (202) 470-2141
jason.xu@rimonlaw.com

*Attorneys for Defendant Fantasia Trading LLC d/b/a AnkerDirect.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                                  */s/ Cheryl Lovdahl*