# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cedar Lane Technologies Inc., <br><br> Plaintiff, <br><br> v. <br><br> Fantasia Trading LLC d/b/a AnkerDirect, <br><br> Defendant. | C.A. No. 1:21-cv-01428-RGA <br><br> JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

The Court, having considered Fantasia Trading LLC d/b/a AnkerDirect's ("Fantasia") Motion to Dismiss and the papers submitted in connection therewith,

HEREBY ORDERS THIS \_\_\_\_ DAY OF _____, 2021, that Fantasia's Motion to Dismiss is GRANTED.

_____
The Honorable Richard G. Andrews
United States District Judge