# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cedar Lane Technologies Inc., <br><br> Plaintiff, <br><br> v. <br><br> Fantasia Trading LLC d/b/a AnkerDirect, <br><br> Defendant. | C.A. No. 1:21-cv-01428-RGA |

## **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Cedar Lane Technologies Inc. and Defendant Fantasia Trading LLC d/b/a AnkerDirect., subject to the approval of the Court, that Plaintiff's time to respond to the Motion to Dismiss [Dkt. 8-9] ("Motion") in this action shall be extended from December 13, 2021 to January 12, 2022.

This is Plaintiff's first request for an extension of this nature. The reason for this requested extension is to allow counsel for Plaintiff additional time to investigate the allegations set forth in Defendant's Motion and consider an appropriate response. No party will be prejudiced by this brief extension. Granting this request will not alter the date of any other event or deadline already fixed by Court order.

Dated: December 6, 2021                                                             Respectfully submitted,

| **GAWTHROP GREENWOOD, PC** | **RIMON, P.C.** |
|---|---|
| */s/ David W. deBruin* | */s/ Zhun Lu* |
| David W. deBruin (No. 4846) | Zhun Lu (#4427) |
| 3711 Kennett Pike, Suite 100 | 200 Continental Drive, Suite 401 |
| Wilmington, DE 19807 | Newark, DE 19713 |
| Phone: 302-777-5353 | Telephone: (302) 688-7566 |
| ddebruin@gawthrop.com | zhun.lu@rimonlaw.com |
| | |
| *Counsel for Plaintiff* | Of Counsel: |
| *Cedar Lane Technologies Inc.* | Jason Xu |
| | (*Pro Hac Vice Forthcoming*) |
| | RIMON, P.C. |
| | 1717 K Street NW, Suite 900 |
| | Washington, D.C. 20006 |
| | Telephone: (202) 470-2141 |
| | jason.xu@rimonlaw.com |
| | |
| | *Counsel for Defendant* |
| | *Fantasia Trading LLC d/b/a* |
| | *AnkerDirect* |

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE