IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Cedar Lane Technologies Inc., <br><br> Plaintiff, <br><br> v. <br><br> Fantasia Trading LLC d/b/a AnkerDirect, <br><br> Defendant. | C.A. No. 1:21-cv-01428-RGA |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Cedar Lane Technologies Inc. and Defendant Fantasia Trading LLC d/b/a AnkerDirect., subject to the approval of the Court, that Plaintiff's time to respond to the Motion to Dismiss [DI 8-9] ("Motion") in this action shall be extended from January 12, 2022 to February 11, 2022.

This is Plaintiff's second request for an extension of this nature. The reason for this requested extension is to allow counsel for Plaintiff additional time to investigate the allegations set forth in Defendant's Motion and consider an appropriate response. No party will be prejudiced by this brief extension. Granting this request will not alter the date of any other event or deadline already fixed by Court order.

| | |
|---|---|
| Dated: January 6, 2022 | Respectfully submitted, |
| **GAWTHROP GREENWOOD, PC** | **RIMON, P.C.** |
| */s/ David W. deBruin* <br> David W. deBruin (No. 4846) <br> 3711 Kennett Pike, Suite 100 <br> Wilmington, DE 19807 <br> Phone: 302-777-5353 <br> ddebruin@gawthrop.com | */s/ Zhun Lu* <br> Zhun Lu (#4427) <br> 200 Continental Drive, Suite 401 <br> Newark, DE 19713 <br> Telephone: (302) 688-7566 <br> zhun.lu@rimonlaw.com |
| *Counsel for Plaintiff* <br> *Cedar Lane Technologies Inc.* | |

Of Counsel:
Jason Xu
(*Pro Hac Vice Forthcoming*)
RIMON, P.C.
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 470-2141
jason.xu@rimonlaw.com

*Counsel for Defendant
Fantasia Trading LLC d/b/a
AnkerDirect*

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE